```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    JACKSON DIVISION
```

UNITED STATES OF AMERICA                                 PLAINTIFF

VS.                          CIVIL ACTION NO. 3:08-CV-387HTW-LRA

DEXTER HALL                                              DEFENDANT

## JUDGMENT BY DEFAULT

A default having been entered as to the Defendant, Dexter Hall, in the above-styled cause in accordance with Rule 55 of the Federal Rules of Civil Procedure and counsel for Plaintiff having requested judgment against Defendant and having filed a proper certificate with the Clerk as to the amount due from the Defendant to the Plaintiff;

Judgment is, therefore, rendered in favor of the Plaintiff, United States of America, and against the Defendant, Dexter Hall, for the sum of $7,993.72 ($4,476.01 principal and $3,517.71 interest accrued through May 7, 2008) plus interest from the date of judgment at the legal rate in effect on the date of judgment, together with filing fee costs in the amount of $350.00 in favor of the plaintiff, pursuant to 28 U.S.C. Section 2412(a)(2).  Post judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. §1961(a) and shall be computed daily and compounded annually until paid in full.

ORDERED AND ADJUDGED this 23rd day of September, 2008.

```
                         S/ HENRY T. WINGATE
                         CHIEF UNITED STATES DISTRICT JUDGE
```

```
CIVIL ACTION NO. 3:08-CV-387HTW-LRA
Judgement by Default
```